MAX HARRY KLEIMAN, Respondent, v. ELLIOTT E. PEARLMAN and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.

EDMOND WEIL, INC., v. ALFRED POPPER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and stay vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CLARENCE E. BLOCK v. THE COLUMBIA WIRE COMPANY, a Corporation, and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

MOORE STREET HOLDING CORPORATION v. INDUSTRIAL FIRE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

BOYLE HOLDING CORPORATION v. MEDGREEN REALTY CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

C. N. B. CORPORATION v. CITY TRUST COMPANY and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied,,with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

IDA KAY v. SOLOMON KAY.— Motion for resettlement denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ALMA CLAYBURGH v. ALBERT CLAYBURGH.— Motion for leave to appeal to the Court of Appeals denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELLA E. ANDERSON v. THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

STELLES MARKANTONIS and Others v. MADLAN REALTY CORPORATION and Others. MAYLAYNE CORPORATION, Petitioner for Intervention.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

JOSEPH B. MAYER v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ETHEL WINTNER v. SAMUEL ARON.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

RUTH ALLEN KOEHLER v. THE CITY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.